# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3585

_____

David Williams,                          *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
      v.                                 *   District Court for the
                                         *   Eastern District of Arkansas.
Correctional Medical Services; Paul      *
Torrez, CMS Record Administrator;        *   [UNPUBLISHED]
Arthur Culpepper, CMS Ombudsman;         *
Patricia Kelly, Dr.; Connie Hubbard,     *
A.N.P., Varner Super Max, ADC;           *
Kay Brodnax, Infirmary Manager;          *
Laura McCarty, CMS Grievance             *
Responder, Varner Unit, ADC; Larry       *
Norris, Director, Arkansas Department    *
of Correction; Max Mobley, ADC           *
Deputy Director,                         *
                                         *
            Appellees.                   *

_____

Submitted: August 17, 2007
Filed: August 28, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Inmate David Williams appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we find no basis for overturning the district court's well-reasoned opinion. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Williams's motion to supplement the record.

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.